**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RASHAWN WILLIE HOWZE,

                Plaintiff,                      19 **CIVIL** 10808 (PED)

      -v-                                  **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 12, 2020, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including reevaluation of the medical evidence, the medically determinable impairments, the medical source statements, and plaintiff's maximum residual functional capacity in accordance with the Commissioner's regulations.

**Dated:**  New York, New York
          May 13, 2020

                                                                    **RUBY J. KRAJICK**
                                                                     _____
                                                                        **Clerk of Court**
                                                 **BY:**
                                                                        _____
                                                                         **Deputy Clerk**